

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 9:17-PO-5113-JCL |
| | CVB Violation No: |
| Plaintiff, | F4864556 |
| vs. | |
| ERICK R. ORR, | ORDER |
| Defendant. | |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated November 30, 2017, advising that Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $105.00 to $35.00, inclusive of fees and costs and Defendant has agreed to forfeit that amount.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $35.00, which has been paid in full.

The Clerk of Court is directed to forward a copy of this Order to the Central Violations Bureau, to the U.S. Attorney's office, and to the Defendant at 4729 Bailey St., Missoula, MT 59801.

ORDER - Page 1

CVB is directed to enter **PF** as the disposition code.

DATED this 5 day of January, 2018.

*Jeremiah C. Lynch*
Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB